IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRODERICK LASWELL**                                              **PLAINTIFF**

v.            Civil No. 10-5161

**BENTON COUNTY SHERIFF KEITH
FERGUSON; CAPTAIN ROBERT
HOLLY; and LIEUTENANT PAUL
CARTER**                                                          **DEFENDANTS**

O R D E R

Now on this 23rd day of September, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #3) in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's request to proceed *in forma pauperis* is denied, and this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE